IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASTLEMORTON WIRELESS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COX COMMUNICATIONS, INC., )<br>)<br>Defendant. ) | C.A. No. 20-060 (RGA) |

## COX COMMUNICATIONS, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Cox Communications, Inc. ("Cox") moves to dismiss Plaintiff Castlemorton Wireless, LLC's Complaint (D.I. 1) on the grounds that: (1) the asserted claim of U.S. Patent No. 7,835,421 is not directed to patent-eligible subject matter; and (2) the Complaint fails to state a claim upon which relief may be granted.

The grounds for this Motion are set forth in Cox's Opening Brief submitted herewith.

OF COUNSEL:

A. Shane Nichols
Monique D. Mead
Marcos Alvarez
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

March 20, 2020

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jying@mnat.com
  *Attorneys for Defendant*
  *Cox Communications, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>  *Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)