IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASTLEMORTON WIRELESS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-060 (RGA) |
| | ) |
| COX COMMUNICATIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**COX COMMUNICATIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cox Communications, Inc. hereby states that it is a wholly-owned subsidiary of Cox Enterprises, Inc., and that, to the best of its knowledge, no publicly held corporation owns 10% or more of Cox Enterprises, Inc.'s stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jying@mnat.com
*Attorneys for Defendant*
*Cox Communications, Inc.*

OF COUNSEL:

A. Shane Nichols
Monique D. Mead
Marcos Alvarez
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

March 20, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2020, upon the following in the manner indicated:

Stephen B. Brauerman  *VIA ELECTRONIC MAIL*
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
  *Attorneys for Plaintiff*

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)